IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOHN DOE**                                                                                                 **PLAINTIFF**

**v.**                                            **No. 1:19CV151-SA-RP**

**JOB REYES RIVERA, ET AL.**                                                                    **DEFENDANTS**

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION [14]
TO LABEL THE ENVELOPES OF ALL MAIL TO HIM WITH
THE WORDS "SPECIAL MAIL"**

This matter comes before the court on the motion [14] by the plaintiff for court staff to label mail sent to him as "Special Mail." The plaintiff included in his motion a portion of the Code of Federal Regulations defining "Special Mail" and the procedures involved in the handling of it. However, he did not include the Policies and Procedures of the prison where he is currently housed, which sets the local policy regarding mail handling. As the court does not have this relevant information, the instant motion [14] is **DENIED**, without prejudice to the plaintiff's ability to seek such relief in the future with the proper documents in support attached.

**SO ORDERED**, this, the 13th day of July, 2020.

                                                                                     /s/    Roy Percy
                                                                       UNITED STATES MAGISTRATE JUDGE