IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOHN DOE**                                                               **PLAINTIFF**

**v.**                                         **No. 1:19CV151-SA-RP**

**JOB REYES RIVERA, ET AL.**                                       **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTIONS [63], [70] TO RESTRICT
ACCESS TO VARIOUS DOCUMENTS FILED BY THE PLAINTIFF**

This matter comes before the court on the motions [63], [70] by the plaintiff to restrict access to various documents filed in this case to participants only. The plaintiff argues that inmates incarcerated with him may be able to locate this case during legal research and discovery his medical information – and that those inmates may harm him after discovering that medical information. As the court previously granted the plaintiff's motion to proceed under a pseudonym, the instant motions [63], [70] are **DENIED**. Now that the plaintiff's name is not associated with this case, inmates will not be able to search for it using that name.

**SO ORDERED**, this, the 13th day of July, 2020.

/s/    Roy Percy
UNITED STATES MAGISTRATE JUDGE