IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOHN DOE**                                                                              **PLAINTIFF**

v.                                                                 No. 1:19CV151-MPM-RP

**JOB REYES RIVERA, ET AL.**                                             **DEFENDANTS**

**ORDER DISMISSING VARIOUS MOTIONS [5], [7], [12], [13], [18], [27], [34], [39], [49], [51], [52], [55], [68], [92], [110], [119], [120] AS MOOT**

This matter comes before the court on the following motions:

(1) Plaintiff's Motions [5], [18] to Appoint U.S. Marshals Service to Serve Summons and Complaint on defendant Job Reyes Rivera;

(2) Defendant Horton's Motion [7] to extend the deadline to answer;

(3) Plaintiff's Motions [12], [13], [27], [49], [51], [52], [55], [68], [92], [110], [119], [120] regarding service of process on defendants Job Reyes Rivera and Shameka Horton; and

(4) Defendant Horton's Motions [34], [39] to Strike Plaintiff's Sur-responses.

The court has entered a memorandum opinion and judgment dismissing all defendants except Detective Brett Watson – and all but three claims against him. The court has accepted defendant Horton's Motion [10] to Dismiss and has addressed those issues in the memorandum opinion and judgment. In light of the court's memorandum opinion and judgment, the various motions [5], [7], [12], [13], [18], [27], [34], [39], [49], [51], [52], [55], [68], [92], [110], [119], [120] are **DISMISSED** as moot.

**SO ORDERED**, this, the 27th day of August, 2020.

                                                              **/s/ Michael P. Mills**
                                                              **UNITED STATES DISTRICT COURT**
                                                              **NORTHERN DISTRICT OF MISSISSIPPI**