IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOHN DOE**                                                          **PLAINTIFF**

**v.**                                                          **No. 1:19CV151-MPM-RP**

**JOB REYES RIVERA, ET AL.**                                             **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion entered this day:

(1) The motion [10] by *Shameka Horton* to dismiss for want of personal jurisdiction is **GRANTED**;

(2) Defendants *Shameka Horton and Job Reyes Rivera* are **DISMISSED** without prejudice from this suit, as the plaintiff has not properly served them with process;

(3) The plaintiff's claims against defendant *Shameka Horton* are **DISMISSED** with prejudice, as she enjoys absolute quasi-judicial immunity from suit;

(4) All of plaintiff's claims against defendants *Job Reyes Rivera and Unknown Co-Conspirator* are **DISMISSED** with prejudice, as neither defendant is a state or federal actor – and thus cannot be sued under § 1983 or *Bivens*.

(5) In addition, the plaintiff's claims regarding *medical privacy, defamation, failure to present exculpatory evidence during grand jury proceedings, and the validity of his revocation proceedings* are **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted;

(6) As all the plaintiff's claims against defendants *Rivera, Horton, and Unknown Co-Conspirator* have been dismissed, these defendants are **DISMISSED** with prejudice from this suit;

The following claims will, however, **PROCEED** against *the sole remaining defendant, Detective Brett Watson*:

(7) That he provided inaccurate information leading to the issuance of arrest warrants for the plaintiff in the absence of probable cause;

(8) That he provided incomplete or unreliable evidence and testimony to the grand jury to obtain a state indictment, and

(9) That he provided text messages and statements of dubious origin to prevent the plaintiff from filing a civil suit against defendant Job Reyes Rivera.

**SO ORDERED**, this, the 27th day of August, 2020.

                                                      **/s/ Michael P. Mills**
                                                      **UNITED STATES DISTRICT COURT**
                                                      **NORTHERN DISTRICT OF MISSISSIPPI**