IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOHN DOE**                                                                                   **PLAINTIFF**

**v.**                                               **No. 1:19CV151-MPM-RP**

**JOB REYES RIVERA, ET AL.**                                            **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S
MOTION [54] FOR ADDITIONAL DISCOVERY**

The plaintiff has filed a motion [54] to conduct additional discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order. The plaintiff has requested information regarding his claims of violation of the right to medical privacy. However, all of his medical privacy allegations have now been dismissed for failure to state a claim upon which relief could be granted. As such, he is not entitled to conduct additional discovery at this time, and the motion [54] is **DENIED**.

      **SO ORDERED**, this, the 27th day of August, 2020.

                                                      /s/   Roy Percy
                                                      UNITED STATES MAGISTRATE JUDGE