### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**JOHN DOE**                                                                                  **PLAINTIFF**

**v.**                                                                          **No. 1:19CV151-MPM-RP**

**JOB REYES RIVERA, ET AL.**                                                          **DEFENDANTS**


### ORDER *GRANTING* DEFENDANT RIVERA'S MOTION [105]
### TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND TO DISMISS FOR
### WANT OF SERVICE OF PROCESS; *DENYING* PLAINTIFF'S MOTION [113]
### TO STRIKE RIVERA'S MOTION [105]


This matter comes before the court on defendant Rivera's Motion [105] to Set Aside Clerk's

Entry of Default and to Dismiss for Want of Service of Process, as well as the Plaintiff's Motion [113]

to Strike that motion.   As the court has dismissed Rivera as a defendant for want of valid service of

process, his Motion to Set Aside Clerk's Entry of Default and to Dismiss are **GRANTED**.   In light of

this ruling, the Plaintiff's Motion [113] to Strike is **DENIED.**

 **SO ORDERED**, this, the 28th day of August, 2020.

           **/s/ Michael P. Mills**
           **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF MISSISSIPPI**