IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOHN DOE**                                                        **PLAINTIFF**

**v.**                                                       **No. 1:19CV151-MPM-RP**

**JOB REYES RIVERA, ET AL.**                                  **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION [61]
FOR ENTRY OF DEFAULT**

This matter comes before the court on the Plaintiff's Motion [61] for Entry of Default against defendant Brett Watson. As Mr. Watson has since answered the complaint, the plaintiff's motion [61] is **DENIED.**

**SO ORDERED**, this, the 28th day of August, 2020.

                                                **/s/ Michael P. Mills**
                                                UNITED STATES DISTRICT COURT
                                                NORTHERN DISTRICT OF MISSISSIPPI