## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**JOHN DOE**                                                    **PLAINTIFF**

**v.**                                      **No. 1:19CV151-MPM-RP**

**JOB REYES RIVERA, ET AL.**                               **DEFENDANTS**

### ORDER DENYING PLAINTIFF'S MOTION [16]
### TO ADD UNITED STATES AS A DEFENDANT

This matter comes before the court on the motion [16] by the plaintiff to add the United States as a defendant in this case. As all the claims against federal actors have been dismissed, the instant motion [16] is **DENIED**.

**SO ORDERED**, this, the 28th day of August, 2020.

                                               **/s/ Michael P. Mills**
                                               **UNITED STATES DISTRICT COURT**
                                               **NORTHERN DISTRICT OF MISSISSIPPI**