IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOHN DOE**                                                                                       **PLAINTIFF**

**v.**                          **No. 1:19CV151-MPM-RP**

**JOB REYES RIVERA, ET AL.**                                                        **DEFENDANTS**

### ORDER GRANTING DEFENDANT'S MOTION [180] TO STAY

This matter comes before the court on the motion [180] by the defendant to stay the instant case until the court rules on the defendant's pending motion [167] for summary judgment. The motion is well taken and is **GRANTED**. The case is **STAYED** pending the court's ruling on the motion [167] for summary judgment. The court may, however, rule on various other motions pending in this case while the case is stayed.

**SO ORDERED**, this, the 18th day of November, 2020.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE