IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOHN DOE**                                                                                 **PLAINTIFF**

**v.**                                                            **No. 1:19CV151-MPM-RP**

**JOB REYES RIVERA, ET AL.**                                      **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the defendant's motion [167] for summary judgment is **GRANTED**, and judgment is entered for defendant Detective Brett Watson in all respects. In light of this ruling, the motions currently pending in this case are **DISMISSED** as moot. This case is **CLOSED**.

**SO ORDERED**, this, the 27th day of January, 2021.

                                                                  **/s/ MICHAEL P. MILLS**
                                                                  **UNITED STATES DISTRICT JUDGE**
                                                                  **NORTHERN DISTRICT OF MISSISSIPPI**